IN THE MATTER OF THE PETITION OF ROSWELL D. HATCH.

(Argued June 18, 1878; decided June 21, 1878.)

IN May, 1876, the board of assessors of the city of New York allowed to J. J. Bowes, as owner, the sum of $1,500 for damages done certain premises by a street improvement. The petitioner above named claimed the fund, on the ground that he was the owner at the time the damage was done. He presented his petition to the court, asking for an order directing the fund to be paid over to him. The court, upon a hearing of the parties, directed a reference to ascertain their respective rights. The referee reported in favor of Bowes; the court, on a hearing, on its own motion dismissed the proceedings. Bowes appealed to the General Term, and from an order of affirmance appealed to this court. *Held*, that it rested in the discretion of the court below whether to dispose of the matter in a summary way upon petition, or to put the parties to an action, and that the order was not appealable.

*John W. Bennett* for appellant.

*James A. Deering* for respondent.

*Per Curiam* opinion for dismissal.

All concur.

Appeal dismissed.